# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 22, 2013

---

### NO. 03-12-00318-CV

---

**Texas State Board of Veterinary Medical Examiners, Appellant**

**v.**

**Gene Giggleman, DVM, Appellee**

---

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON

---

**THE THIRD COURT OF APPEALS**, having heard this cause on appeal from the 201st

District Court of Travis County, and having considered the appellate record, briefs, and counsels'

arguments, concludes that the district court's judgment should be reversed.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The district court's judgment is reversed; and

(2) Giggleman's claims for attorney's fees are dismissed for want of subject matter jurisdiction;

**IT IS FURTHER** ordered that Giggleman shall pay the costs of the appeal, both in this

Court and the court below; and that this decision be certified below for observance.